**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Midwest Operating Engineers Welfare Fund; Midwest Operating Engineers Pension Trust Fund; Operating Engineers Local 150 Apprenticeship Fund; Local 150 IUOE Vacation Savings Plan; Midwest Operating Engineers Retirement Enhancement Fund; Construction Industry Research and Service Trust Fund; and International Union of Operating Engineers, Local 150, AFL-CIO, <br><br> Plaintiffs, <br><br> v. <br><br> Sewer Rat Underground, LLC a/k/a Sewer Rat Contractors, LLC, <br><br> Defendant. | Case No. 24-cv-2442 <br><br> Hon. Steven C. Seeger |

## **FINAL JUDGMENT ORDER**

This Court hereby enters final judgment in favor of Plaintiffs Midwest Operating Engineers Welfare Fund; Midwest Operating Engineers Pension Trust Fund; Midwest Operating Engineers Retirement Enhancement Fund; Operating Engineers Local 150 Apprenticeship Fund; Local 150 IUOE Vacation Savings Plan (collectively, "the Funds") and in favor of Plaintiff Construction Industry Research and Service Trust Fund ("CRF") and in favor of Plaintiff the International Union of Operating Engineers, Local 150, AFL-CIO ("Local 150") and against Defendant Sewer Rat Underground, LLC a/k/a Sewer Rat Contractors, LLC ("Sewer Rat Underground") as follows.

The Court enters judgment in favor of Plaintiffs the Funds and against Defendant Sewer Rat Underground on Count I. The Funds shall recover from the Defendant the amount of $45,353.52 which includes unpaid contributions, liquidated damages, interest, attorneys' fees, and costs.

The Court enters judgment in favor of Plaintiff CRF and against Defendant Sewer Rat Underground on Count II.  CRF shall recover from the Defendant the amount of $1,179.25 in contributions, liquidated damages and interest.

The Court enters judgment in favor of Plaintiff Local 150 and against Defendant Sewer Rat Underground on Count III.  Plaintiff Local 150 shall recover from the Defendant the amount of $963.96 for administrative dues and political action committee contributions.

All together, Plaintiffs shall recover from Defendant the total amount of **$47,496.73**.

Sewer Rat Underground, LLC is the alter ego, a single employer, and/or successor of Sewer Rat Contractors, LLC and has substantially identical operations, management, business purpose, locations, contact information, registered agents, equipment, supervision, services, ownership, common financial control, and centralized control of labor relations.

IT IS SO ORDERED.

Date:  July 16, 2024

Steven C. Seeger
United States District Judge